UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1933

MIAN TAUGIR AHMED,

             Petitioner,

     v.

MICHAEL B. MUKASEY, Attorney General,

             Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 14, 2008                    Decided:  May 22, 2008

Before WILKINSON and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

John E. Gallagher, Catonsville, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Anh-Thu P. Mai, Senior Litigation Counsel, Arthur L. Rabin, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mian Taugir Ahmed, a native and citizen of Pakistan, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings. We have reviewed the record and Ahmed's claims and conclude that the Board did not abuse its discretion in denying Ahmed's motion. See 8 C.F.R. § 1003.2(a), (c)(1) (2008).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED